# United States Bankruptcy Court

District of Arizona

**Case No. 2:10–bk–01327–CGC**

**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

GREGORY S HENNING
2523 W. PRINCEVILLE DRIVE
PHOENIX, AZ 85086

KIMBERLY J HENNING
2523 W. PRINCEVILLE DRIVE
PHOENIX, AZ 85086

Social Security / Individual Taxpayer ID No.:

xxx–xx–8308

xxx–xx–9219

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 5/4/10

Charles G. Case II
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on May 06, 2010.

```
db/jdb    +GREGORY S HENNING,   KIMBERLY J HENNING,   2523 W. PRINCEVILLE DRIVE,   PHOENIX, AZ 85086-3028
tr         ANTHONY H. MASON,   P.O. BOX 4427,   PHOENIX, AZ  85030-4427
cr        +MIDFIRST BANK,   GAMMAGE & BURNHAM,   KEVIN J. BLAKLEY,   TWO NORTH CENTRAL,   18TH FLOOR,
            PHOENIX, AZ 85004-4470
8825848   +AWA Collections,   PO Box 6605,   Orange CA 92863-6605
8825849   +Bank Of America,   Po Box 1598,   Norfolk VA 23501-1598
8825850   +Calvary Portfolio Services,   Attention: Bankruptcy Department,   Po Box 1017,
            Hawthorne NY 10532-7504
8825853   +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
            Simi Valley CA 93062-5170
8825855   +Equifax,   P.O. Box 740241,   Atlanta GA 30374-0241
8825856   +Experian,   P.O. Box 2002,   Allen TX 75013-2002
8825858   +Gammage & Burnham,   Two North Central Ave.,   18th Floor,   Phoenix AZ 85004-0934
8825859   +J.R. Brothers Financial, Inc.,   PO Box 35666,   Phoenix AZ 85069-5666
8825860   +Kitsap Credit Union,   1025 Burwell St,   Bremerton WA 98337-1434
8845143   +MIDFIRST BANK,   C/O GAMMAGE & BURNHAM,   KEVIN J. BLAKLEY,   TWO NORTH CENTRAL, 18TH FLOOR,
            PHOENIX, AZ 85004-4470
8825861   +Marriott Ownership,   1200 Us Highway 98 S Ste,   Lakeland FL 33801-5901
8825862   +Midfirst Bank Ssb,   Po Box 26750,   Oklahoma City OK 73126-0750
8825863   +The Core Institute,   PO Box 80184,   City of Industry CA 91716-8184
8825864   +TransUnion,   P,O. Box 1000,   Chester PA 19016-1000
8825868   +Worlds Foremost Bank N,   Attn: Collections,   Po Box 82608,   Lincoln NE 68501-2608
8825869   +Zwicker & Associates,   PO Box 10069,   Scottsdale AZ 85271-0069
```

The following entities were noticed by electronic transmission on May 04, 2010.

```
tr         EDI: BAHMASON.COM May 04 2010 19:08:00    ANTHONY H. MASON,   P.O. BOX 4427,
            PHOENIX, AZ  85030-4427
smg        EDI: AZDEPREV.COM May 04 2010 19:08:00    AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
            1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
8825847   +EDI: BECKLEE.COM May 04 2010 19:08:00    American Express,   c/o Becket and Lee,   Po Box 3001,
            Malvern PA 19355-0701
8825849   +EDI: BANKAMER2.COM May 04 2010 19:08:00    Bank Of America,   Po Box 1598,
            Norfolk VA 23501-1598
8825851   +EDI: CHASE.COM May 04 2010 19:08:00    Chase,   800 Brooksedge Blv,   Westerville OH 43081-2822
8825852   +E-mail/Text: SSCHWARTZ@GJHOSP.ORG                    Community Hospital,
            2021 N. Twelfth St.,   Grand Junction CO 81501-2999
8825854   +EDI: DISCOVER.COM May 04 2010 19:08:00    Discover Fin Svcs Llc,   Po Box 15316,
            Wilmington DE 19850-5316
8825857   +EDI: BANKAMER.COM May 04 2010 19:08:00    Fia Csna,   Po Box 26012,   Nc4-105-02-77,
            Greensboro NC 27420-6012
8825865   +EDI: WFNNB.COM May 04 2010 19:08:00    Victoria's Secret,   Po Box 182273,
            Columbus OH 43218-2273
8825866   +EDI: WFFC.COM May 04 2010 19:08:00    Wells Fargo Card Ser,   Po Box 5058,
            Portland OR 97208-5058
                                                                         TOTAL: 10


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8825867    Wfnnb/victorias Secret
                                                                         TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 06, 2010**        **Signature:** _Joseph Speetjens_